FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 16 2021

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

# UNITED STATES DISTRICT COURT
## Eastern District of Arkansas

| | |
|---|---|
| UNITED STATES OF AMERICA | ) JUDGMENT IN A CRIMINAL CASE |
| v. | ) (For **Revocation** of Probation or Supervised Release) |
| TIMOTHY PAUL INMAN | ) |
| | ) Case No.  4:13-cr-00268-JM-7 |
| | ) USM No.  28008-009 |
| | ) Ryan C. Allen |
| | )                Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)   **2, 3, 4, and 5**   of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 - Mandatory (2) | Unlawful possession of a controlled substance | 09/03/2020 |
| 3 - Mandatory (3) | Unlawful use of a controlled substance | 09/03/2020 |
| 4 - Special (15) | Failure to participate in substance abuse treatment as directed | 01/03/2021 |
| 5 - Special (17) | Failure to participate in mental health treatment as directed | 09/10/2020 |

The defendant is sentenced as provided in pages 2 through **2** of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  **5701**

Defendant's Year of Birth:   **1991**

City and State of Defendant's Residence:
**Conway, Arkansas**

03/16/2021
Date of Imposition of Judgment

_[signature]_
Signature of Judge

JAMES M. MOODY JR., U.S. DISTRICT JUDGE
Name and Title of Judge

3/16/21
Date

Judgment — Page 2 of 2

DEFENDANT: TIMOTHY PAUL INMAN
CASE NUMBER: 4:13-cr-00268-JM-7

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :
NINE (9) MONTHS with no term of supervised release to follow

☑ The court makes the following recommendations to the Bureau of Prisons:
The Court recommends the defendant participate in non-residential substance abuse treatment during incarceration.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL